# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11785

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CARLA JACKSON,
TELDRIN FOSTER,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cr-00296-JPB-CMS-5

_____

Before JORDAN and LUCK, Circuit Judges.

2                        Order of the Court                    24-11785

BY THE COURT:

Teldrin Foster has filed two appeals in this criminal action. His first appeal is from the July 27, 2024, final judgment for his convictions and sentence. On November 1, 2024, he filed a second appeal from the district court's October 28, 2024, order denying his motion for a new trial.

A jurisdictional question asked the parties whether Foster has standing to appeal the October 28 order. Foster responds that he has standing to appeal his convictions and sentence because they aggrieved him. The government responds that Foster does not have standing to appeal the October 28 order.

Foster does not have standing to appeal the October 28 order because he expressly requested the district court to deny his motion for a new trial, and the district court granted his request without any deviation. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353 (11th Cir. 2003); *United States v. Pavlenko*, 921 F.3d 1286, 1289 (11th Cir. 2019). On the other hand, Foster has standing to appeal the final judgment because he was aggrieved by his convictions and sentence of imprisonment. *See Wolff*, 351 F.3d at 1353-54; *Nationwide Mut. Ins. Co. v. Barrow*, 29 F.4th 1299, 1301 (11th Cir. 2022).

Accordingly, this appeal is DISMISSED IN PART as to the October 28, 2024, order and may proceed as to Foster's convictions and sentence.